FILED
2008 Apr-08  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC W. DRAKE, SR., AND ) | |
| EMMA DRAKE, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **5:07-cv-00707-VEH** |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

## DEFENDANT'S NOTICE OF VIDEO DEPOSITION

TO:        VIA FEDERAL EXPRESS
              Dr. Barry Ludwig
              100 UCLA Plaza, Suite 425
              10833 Leconte Avenue
              Los Angeles, CA  90024

DEPOSITION PLACE:  100 UCLA Plaza, Suite 425
                            10833 Leconte Avenue
                            Los Angeles, CA  90024
                            Telephone: 310/794-1500

DEPONENT, DATE, and TIME:
              Dr. Barry Ludwig
              April 23, 2008 @ 2:00 p.m. (Pacific Time)

COURT REPORTER:    Ben Hyatt Court Reporting
                            Mitch Hyatt
                            17835 Ventura Blvd.
                            Suite 310
                            Encino, CA  91316
                            Telephone - 888/272-0022

The Defendant, United States of America, by and through Alice H. Martin, United States Attorney, and Jack Hood, Assistant United States Attorney, and pursuant to the Federal Rules of Civil Procedure gives notice that Defendant will take the video deposition of the above-named individual at the date, time, and place indicated (or at such other times, dates, and places as may be agreed upon by the parties), before a duly authorized court reporter. Attached is a Subpoena Duces Tecum (Exhibit A) commanding the deponent to produce and permit inspection of documents specified.

Plaintiffs' counsel is invited to attend and participate in examinations.

Respectfully submitted,

ALICE H. MARTIN
UNITED STATES ATTORNEY

**s/ Jack Hood**
Jack Hood
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. D41J
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2103
(205) 244-2181 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

>Michael Timberlake, Esq.
>Siniard, Timberlake & League, P.C.
>125 Holmes Avenue
>Post Office Box 2767
>Huntsville, Alabama 35804
>
>Jeanne Anne Steffin
>626 North Garfield Avenue, Suite A
>Alhambra, CA  91801-1448
>
>**s/ Jack Hood**
>Jack Hood
>Assistant United States Attorney

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  ALABAMA

Eric W. Drake, Sr. and Emma Drake

V.

U.S.

**SUBPOENA IN A CIVIL CASE**

Case Number: 5:07-CV-00707-VEH

TO: VIA FEDERAL EXPRESS
Dr. Barry Ludwig
100 UCLA Plaza, Suite 425
10833 Leconte Ave., Los Angeles, CA 90024

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 100 UCLA Plaza, Suite 425 10833 Leconte Ave. Los Angeles, CA 90024 Telephone: 310/794-1500 | |
| | DATE AND TIME 4/23/08 @ 2:00 p.m. (Pacific) |

✓ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION : 100 UCLA Plaza, Suite 425 10833 Leconte Ave. Los Angeles, CA 90024 | DATE AND TIME 4/23/08 @ 2:00 p.m. (Pacific) |
|---|---|

✓ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT "A"

| PLACE  100 UCLA Plaza, Suite 425 10833 Leconte Ave. Los Angeles, CA 90024 | DATE AND TIME 4/23/08 @ 2:00 p.m. (Pacific) |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Jack Hood | April 8, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jack B. Hood, Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL 35203  (205) 244-2103

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

# **Attachment A**

1. A complete and current resume, or list of qualifications as an expert.

2. All documents reviewed in this case or to be reviewed.

3. All correspondence, including billing matters between plaintiffs' attorney and you or your office.

4. All notes, memos, preliminary opinions and conclusions.

5. All final opinions and conclusions.

6. The specific basis for each opinion or conclusion.

7. All data, literature, or other matters referenced, considered or relied upon in forming any opinions or conclusions.

8. Any exhibits to be used or referenced as a summary of or support for any opinion.

9. A list of all publications authorized by you within the past 10 years

10. A statement of the compensation paid and to be paid for study and testimony.

11. A complete listing of other cases in which you have testified as an expert at trial or, by deposition within the preceding four years.  Also, a complete listing of cases in which you have been a party since becoming an expert in your field.

12. A written report signed by you as an expert that conforms to the requirements of Rule 26 of the Federal Rules of Civil Procedure.